## WALKER *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 55, September Term, 1963.]

*Decided December 6, 1963.*

Before the full Court.

PER CURIAM.

For the reasons stated by Judge Allen for dismissing the petition, the application for leave to appeal is denied.

*Application denied.*